1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

ERICK ALEXANDER,

          Petitioner

      v.

PEOPLE OF THE STATE OF
CALIFORNIA,

          Respondent.

Case No. CV 15-1334-FMO (GJS)

JUDGMENT

17
18
19

     Pursuant to the Court's Order:  Granting Motion To Dismiss; Summarily Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

20
21
22

     IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

23
24

DATED:  October 7, 2015

25
26
27

_____/s/_____

FERNANDO M. OLGUIN
 UNITED STATES DISTRICT JUDGE

28